IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 06-22-GMS |
| ) | |
| LYNN EDWARD SIPE, and ) | |
| EMILY T. ROWE, ) | |
| ) | |
| Defendants. ) | |

**MOTION AND ORDER TO UNSEAL**

**NOW COMES** the United States of America, by and through its undersigned attorneys Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and moves that the file in the above-captioned case be unsealed, with the exception of Docket Items 19 - 23, 27, 29 - 36, and 39, which are to remain sealed.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 4-29-08

IT IS SO ORDERED this 2nd day of May, 2008.

_____
HONORABLE GREGORY M. SLEET
United States District Court

FILED
MAY - 2 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Action No. 06-22-GMS |
| ) | |
| LYNN EDWARD SIPE, and ) | |
| EMILY T. ROWE, ) | |
| ) | |
| Defendants. ) | |

I, Sharon L. Bernardo, an employee of the Office of the United States Attorney for the District of Delaware, hereby certify under penalty of perjury that on April 29, 2008, I served the foregoing:

### MOTION AND ORDER TO UNSEAL

by causing two copies of said document to be hand delivered to counsel of records, as follows:

> JOHN MALIK, ESQUIRE
> 100 East 14th Street
> Wilmington, DE 19801
>
> EDSON A. BOSTIC, ESQUIRE
> Federal Public Defender's Office
> First Federal Plaza, Suite 110
> 704 King Street
> Wilmington, DE 19801

_____
Sharon L. Bernardo