IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| United States of America, | : |
| Plaintiff, | : |
| v. | : Criminal No. 06-22-01 |
| Lynn Edward Sipe | : |
| Defendant, | : |

**SATISFACTION OF JUDGMENT**

The Judgment in the above case has been satisfied as of this date. Please so indicate in the Court's Docket and Judgment Index.

COLM F. CONNOLLY
United States Attorney

By: _____
Patricia C. Hannigan
Assistant United States Attorney
Delaware Bar I.D. No. 2145
The Nemours Building
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277
Patricia.Hannigan@usdoj.gov

July 9, 2008